February 2006                                                                    2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re   **Mary Carmela Pantoja Caeg** _____   Case No. _____

                                               Debtor(s)                 Chapter    **7** _____

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  **Mary Carmela Pantoja Caeg**  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☒   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  _11 – 11 09_____        Signature  _____
                                              Mary Carmela Pantoja Caeg
                                              Debtor

# STATE OF CALIFORNIA

DIRECT DEPOSIT NUMBER

## DIRECT DEPOSIT ADVICE

EFT/CD39A  REV. 6/00

| | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $*4039 | 17 |

TO  M C CAEG            580-615

                       AGENCY  UNIT

### *NOT NEGOTIABLE*



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

---

STATE OF CALIFORNIA        STATEMENT OF EARNINGS AND DEDUCTIONS        OFFICE OF STATE CONTROLLER
M C CAEG                                                                          9435
AGY/UNIT 580-615   PAY PERIOD 09/09     DIRECT DEP #
TAX YEAR 09   ISSUE DATE 10/01/09       BANK TRANSIT
TAX STATUS   FED S-08    STATE H-08

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5007.42 | 4417.06 | 968.25 | 4039.17 |
| YEAR-TO-DATE [1] | 54169.73 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5007.42 | FEDERAL TAX | 194.39 |
| | | | | STATE TAX | 29.98 |
| | | | | *RETIREMENT | 359.55 |
| | | | | MEDICARE | 69.26 |
| | | | | *F BSNETVAL | 1160.64 |
| | | | | *F DNTL DPO | 121.98 |
| | | | | *VISION-VSP | 9.19 |
| | | | | DUES-CSLEA | 72.42 |
| | | | | PERS SURV | 2.00 |
| | | | | ARAG GROUP | 9.84 |
| | | | | *BENEFITAMT | 1061.00- |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|---|---|---|
| 1294.32 | 1061.00 | 69.26 |

---

*OCTOBER IS NATIONAL CYBER SECURITY AWARENESS MONTH.
INFORMATION SECURITY IS EVERYONE'S RESPONSIBILITY, SO LEARN
MORE ABOUT CYBER SECURITY RISKS AT WWW.INFOSECURITY.CA.GOV
*CHECK THE MEDICINE CABINET.  TALK TO YOUR TEENS ABOUT THE
DANGERS OF MISUSING PRESCRIPTION DRUGS.  LEARN MORE FROM THE
CALIFORNIA DEPT OF ALCOHOL AND DRUG PROGRAMS AT WWW.ADP.CA.GOV
*PREVENT THE SPREAD OF H1N1 (SWINE FLU).  WASH YOUR HANDS
FREQUENTLY, COVER YOUR COUGH/SNEEZE AND STAY HOME WHEN YOU
ARE SICK.  STAY INFORMED AT WWW.CDPH.CA.GOV

CD 39A (Rev 08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
                    * Amounts which affect taxable gross

# STATE OF CALIFORNIA

DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER

EFTCD39A   REV. 8.00

| | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $**4039 | 17 |

**TO** M C CAEG                580-615

AGENCY  UNIT

## NOT NEGOTIABLE



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

| STATE OF CALIFORNIA | STATEMENT OF EARNINGS AND DEDUCTIONS | | OFFICE OF STATE CONTROLLER |
|---|---|---|---|
| M C CAEG | | | 9435 |

AGY/UNIT 580-615    PAY PERIOD 08/09    DIRECT DEP #
TAX YEAR 09      ISSUE DATE 09/01/09    BANK TRANSIT
TAX STATUS   FED S-08     STATE H-08

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5007.42 | 4417.06 | 968.25 | 4039.17 |
| YEAR-TO-DATE[1] | 49097.31 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5007.42 | FEDERAL TAX | 194.39 |
| | | | | STATE TAX | 29.98 |
| | | | | *RETIREMENT | 359.55 |
| | | | | MEDICARE | 69.26 |
| | | | | *F BSNETVAL | 1160.64 |
| | | | | *F DNTL DPO | 121.98 |
| | | | | *VISION-VSP | 9.19 |
| | | | | DUES-CSLEA | 72.42 |
| | | | | PERS SURV | 2.00 |
| | | | | ARAG GROUP | 9.84 |
| | | | | *BENEFITAMT | 1061.00- |

| EMPLOYER CONTRIBUTIONS (current and adjustments) | | |
|---|---|---|
| RETIREMNT | HLTH/FLEX | MEDICARE |
| 1283.50 | 1061.00 | 69.26 |

THE OPEN ENROLLMENT PERIOD FOR HEALTH, DENTAL, FLEXELECT, AND
CONSOLIDATED BENEFITS (COBEN) IS SEPT 14-OCT 9, 2009. IF YOU
WANT TO ENROLL IN OR CHANGE YOUR HEALTH OR DENTAL PLAN,
FLEXELECT REIMBURSEMENT ACCOUNT, FLEXELECT OR COBEN CASH
OPTION, CONTACT YOUR PERSONNEL OFFICE FOR MORE INFORMATION.

PLANNING TO RETIRE OR SEPARATE?  NOV 1 IS WORTH THE WAIT.
YOU CAN DOUBLE THE CONTRIBUTION LIMIT & PAY FEWER TAXES.  CALL
SAVINGS PLUS NOW BEFORE IT'S TOO LATE. 1-866-566-4777 PRESS *0

CD 39A (Rev 08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross

11-06-09 16:01 FROM-RITCHIE N.TUKER      9093905590          T-422  P003/006 F-647

S14E20063

# STATE OF CALIFORNIA

**DIRECT DEPOSIT ADVICE**

DIRECT DEPOSIT NUMBER

EFT/CD39A  REV. 8/09

|  | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $×4432 | 06 |

TO   M C CAEG

580-615
AGENCY  UNIT

## NOT NEGOTIABLE



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA
M C CAEG
AGY/UNIT 580-615   PAY PERIOD 05/08
TAX YEAR 08      ISSUE DATE 06/01/08
TAX STATUS  FED M-02     STATE M-02

STATEMENT OF EARNINGS AND DEDUCTIONS

OFFICE OF STATE CONTROLLER
                                9435
DIRECT DEP # --  --
BANK TRANSIT

|  | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5646.63 | 5246.34 | 1214.57 | 4432.06 |
| YEAR-TO-DATE¹ | 33902.52 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5516.63 | FEDERAL TAX | 534.66 |
| COBEN CASH | | | 130.00 | STATE TAX | 113.48 |
| | | | | *RETIREMENT | 400.29 |
| | | | | MEDICARE | 81.88 |
| | | | | *F DNTL DPO | 121.98 |
| | | | | *VISION-VSP | 9.19 |
| | | | | DUES-CSLEA | 72.42 |
| | | | | ARAG GROUP | 9.84 |
| | | | | PERS SURV | 2.00 |
| | | | | *BENEFITAMT | 131.17- |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|---|---|---|
| 1409.61 | 261.17 | 81.88 |

*REMEMBER TO VOTE IN CALIFORNIA'S STATEWIDE PRIMARY ELECTION
ON TUESDAY, JUNE 3.  TO FIND YOUR POLLING PLACE, CALL
1-800-345-VOTE, OR VISIT THE SECRETARY OF STATE'S WEBSITE
AT WWW.SOS.CA.GOV
*INTERESTED IN BECOMING A FOSTER PARENT OR ADOPTIVE PARENT?
CALL 1-800-KIDS4US OR 1-800-543-7487.

CD 39A (Rev 08/00) ¹ Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross

**rtant: Open Immediately**
rse side for opening instructions.

S14E20063

# STATE OF CALIFORNIA

### DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER

EFT/CD39A   REV. 6/00

| AMOUNT DEPOSITED | DOLLARS | CENTS |
|---|---|---|
| | $*4268 | 83 |

TO   M C CAEG

580-615
AGENCY  UNIT

## *NOT NEGOTIABLE*



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

| STATE OF CALIFORNIA | STATEMENT OF EARNINGS AND DEDUCTIONS | OFFICE OF STATE CONTROLLER |
|---|---|---|
| M C CAEG | | 9435 |

AGY/UNIT 580-615   PAY PERIOD 02/09   DIRECT DEP #
TAX YEAR 09   ISSUE DATE 03/01/09   BANK TRANSIT ----------
TAX STATUS   FED M-02   STATE M-02

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5397.57 | 5017.20 | 1128.74 | 4268.83 |
| YEAR-TO-DATE | 17362.19 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5267.57 | FEDERAL TAX | 494.87 |
| COBEN CASH | | 130.00 | | STATE TAX | 90.98 |
| | | | | *RETIREMENT | 380.37 |
| | | | | MEDICARE | 78.26 |
| | | | | *F DNTL DPO | 121.98 |
| | | | | *VISION-VSP | 9.19 |
| | | | | DUES-CSLEA | 72.42 |
| | | | | ARAG GROUP | 9.84 |
| | | | | PERS SURV | 2.00 |
| | | | | *BENEFITAMT | 131.17- |

| EMPLOYER CONTRIBUTIONS (current and adjustments) | | |
|---|---|---|
| RETIREMNT | HLTH/FLEX | MEDICARE |
| 1372.94 | 261.17 | 78.26 |

*CALIFORNIA TAXPAYERS ARE FUNDING CRITICAL RESEARCH ON
ALZHEIMER'S DISEASE.  THIS YEAR, JOIN THIS IMPORTANT EFFORT BY
MAKING YOUR CONTRIBUTION ON LINE 51 OF YOUR STATE RETURN.
*PROBLEM GAMBLING AWARENESS WEEK IS MARCH 1-7, 2009.  IF YOU OR
SOMEONE YOU LOVE HAS A GAMBLING ADDICTION CALL 1-800-GAMBLER
OR GET MORE INFORMATION AT WWW.PROBLEMGAMBLING.CA.GOV
*TAXES.  FILE IT, FIX IT, PAY IT-WE CAN HELP.  TAKE ADVANTAGE OF
INTERNAL REVENUE SERVICE TAX ASSISTANCE DAY ON MARCH 21, 2009.
CHECK YOUR LOCAL IRS OFFICE OR IRS.GOV FOR MORE INFORMATION.

CD 39A (Rev 08/00)  1 Year-to-date gross on final earnings statement may not agree with W-2.
                    * Amounts which affect taxable gross

# STATE OF CALIFORNIA

### DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER

EFT/CD39A  REV. 8/00

| AMOUNT DEPOSITED | DOLLARS | CENTS |
|---|---|---|
| | $*4036 | 17 |

**TO  M C CAEG**

580-615
AGENCY   UNIT

## NOT NEGOTIABLE



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA     STATEMENT OF EARNINGS AND DEDUCTIONS     OFFICE OF STATE CONTROLLER
M C CAEG                                                              9435
AGY/UNIT 580-615    PAY PERIOD 10/09    DIRECT DEP # --
TAX YEAR 09     ISSUE DATE 11/01/09    BANK TRANSIT   -- --- --
TAX STATUS  FED S-08     STATE M-08

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5007.42 | 4417.06 | 971.25 | 4036.17 |
| YEAR-TO-DATE [1] | 59242.15 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5007.42 | FEDERAL TAX | 194.39 |
| | | | | STATE TAX | 32.98 |
| | | | | *RETIREMENT | 359.55 |
| | | | | MEDICARE | 69.26 |
| | | | | *F BSNETVAL | 1160.64 |
| | | | | *F DNTL DPO | 121.98 |
| | | | | *VISION-VSP | 9.19 |
| | | | | DUES-CSLEA | 72.42 |
| | | | | PERS SURV | 2.00 |
| | | | | ARAG GROUP | 9.84 |
| | | | | *BENEFITAMT | 1061.00- |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|---|---|---|
| 1294.32 | 1061.00 | 69.26 |

YOUR 2009 W-2 WILL BE MAILED TO THE ADDRESS LISTED BELOW. IF
THIS ADDRESS IS INCORRECT, PLEASE SEE YOUR PERSONNEL/PAYROLL
OFFICE. A CHANGE OF ADDRESS MUST BE COMPLETED BY DECEMBER 15
IN ORDER FOR YOUR W-2 TO BE MAILED TO YOUR CORRECT ADDRESS. IF
YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT
YOUR PERSONNEL/PAYROLL OFFICE.

1503 KAUAI STREET
WEST COVINA, CA      91792

CD 39A (Rev 08/00) [1] Year-to-date gross on final earnings statement may not agree with W-2.
                     * Amounts which affect taxable gross

11-06-09  16:02   FROM-RITCHIE W TINKER         9093909590              T-422  P006/006  F-647
S14E20063

# STATE OF CALIFORNIA

## DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER     EFTKC039A   REV. 800

|                 | DOLLARS | CENTS |
|-----------------|---------|-------|
| AMOUNT DEPOSITED | $*3106 | 24 |

TO  M C CAEG                    580-615
                              AGENCY  UNIT

## NOT NEGOTIABLE



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA        STATEMENT OF EARNINGS AND DEDUCTIONS        OFFICE OF STATE CONTROLLER
M C CAEG                                                              9435
AGY/UNIT 580-615    PAY PERIOD 05/09      DIRECT DEP #
TAX YEAR 09      ISSUE DATE 06/01/09      BANK TRANSIT  122242045
TAX STATUS  FED S-08      STATE H-08

|             | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|-------------|-----------|---------------|------------|---------|
| CURRENT     | 5267.57   |               |            |         |
| YEAR-TO-DATE [1] | 33619.90 | 4656.39   | 2161.33    | 3106.24 |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|----------|------|-------|-------|------------|--------|
| REGULAR  |      |       | 5267.57 | FEDERAL TAX | 230.29 |
|          |      |       |       | STATE TAX  | 44.94 |
|          |      |       |       | *RETIREMENT | 380.37 |
|          |      |       |       | MEDICARE   | 73.03 |
|          |      |       |       | *F BSNETVAL | 1160.64 |
|          |      |       |       | *F DNTL DPO | 121.98 |
|          |      |       |       | *VISION-VSP | 9.19 |
|          |      |       |       | DUES-CSLEA | 72.42 |
|          |      |       |       | ST TAX LEVY | 1116.13 |
|          |      |       |       | PERS SURV  | 2.00 |
|          |      |       |       | ARAG GROUP | 9.84 |
|          |      |       |       | SUP ADM CHG | 1.50 |
|          |      |       |       | *BENEFITAMT | 1061.00- |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|-----------|-----------|----------|
| 1372.94   | 1061.00   | 73.03    |

BUCKLE UP FOR EVERY RIDE, DAY AND NIGHT.  CLICK IT OR TICKET
TICKET-$132

ENJOY THE BENEFITS OF DIRECT DEPOSIT-A SAFE, SECURE AND
CONVENIENT WAY TO HANDLE YOUR PAYCHECK.  STAY OUT OF LINES
ON PAYDAYS.  PICK UP AN ENROLLMENT FORM FROM YOUR PERSONNEL/
PAYROLL OFFICE TODAY.

CD 39A (Rev 08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
                      * Amounts which affect taxable gross